# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| NICHOLE P., | ) |
| | ) |
| Plaintiff, | ) |
| v. | )  No.  2:17-cv-00220-GZS |
| | ) |
| NANCY A. BERRYHILL, Deputy | ) |
| Commissioner for Operations, | ) |
| Performing Duties and Functions | ) |
| Not Reserved to the Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 22) filed June 1, 2018, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the commissioner's decision is **AFFIRMED**.

       _/s/ George Z. Singal__
       United States District Judge

Dated this 18th day of June, 2018.